JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THONGINH SASOUVANH, | ) | Case No. CV 12-8525 JGB (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| G. SANDOR, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 7/18/13

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

JS - 6